# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
          Appellant,
          vs.
THE STATE OF NEVADA,
          Respondent.

No. 70532

**FILED**

JUL 11 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant filed his notice of appeal on June 1, 2016. In his notice of appeal, appellant stated that he was appealing from an order denying a motion to correct an illegal sentence. The documents before this court do not indicate that any such order has been entered in this case. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Gibbons

cc:    Hon. Michael Villani, District Judge
       Steven Samuel Braunstein
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-21374